```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 39324
   MICHAEL LEE PURKEY
   LAVONNE S PURKEY                              CHAPTER 13

                                                 JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-4309     SSN XXX-XX-5334
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/22/05 and confirmed on 12/16/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 36300.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CENTRUE BANK | CURRENT MORTG | .00 | .00 | .00 |
| CENTRUE BANK | MORTGAGE ARRE | 329.66 | .00 | 329.66 |
| CENTRUE BANK | SECURED | .00 | .00 | .00 |
| FIRST MIDWEST BANK | SECURED | 5659.37 | 302.18 | 5659.37 |
| GRUNDY COUNTY COLLECTOR | SECURED | 1493.00 | .00 | 1493.00 |
| GMAC PAYMENT CENTER | SECURED | .00 | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 703.76 | .00 | 703.76 |
| CITICORP | UNSECURED | NOT FILED | .00 | .00 |
| FIRST EXPRESS | UNSECURED | 790.32 | .00 | 790.32 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 755.06 | .00 | 755.06 |
| KOHLS | UNSECURED | 334.53 | .00 | 334.53 |
| TOWN NORTH BANK | UNSECURED | 6041.74 | .00 | 6041.74 |
| MBNA AMERICA BANK | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA BANK | UNSECURED | NOT FILED | .00 | .00 |
| PRIME ACCEPTANCE CORP | UNSECURED | 930.15 | .00 | 930.15 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7482.50 | .00 | 7482.50 |
| TARGET NATIONAL BANK | UNSECURED | 6676.87 | .00 | 6676.87 |
| LANE BRYANT | UNSECURED | NOT FILED | .00 | .00 |
| YONKERS DEPT STORE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GRUNDY COUNTY COLLECTOR | UNSECURED - C | 16.99 | .00 | 16.99 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1876.26 | .00 | 1876.26 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7482.03 | .00 | 25591.19 | 16.99 | 33090.21 |

```
PRINCIPAL PAID            7482.03           .00      25591.19          16.99      33090.21
INTEREST PAID              302.18           .00           .00            .00        302.18
TOTAL PAID                7784.21           .00      25591.19          16.99      33392.39
```

The Debtor's attorney, JOHN C RENZI                          , was allowed $   2200.00
and was paid $     700.00   direct and $    1500.00   through the plan.

The Trustee received $    1393.08 .

Refunds to the Debtor totaled $      14.53 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 08/19/08                              /S/
                                                    GLENN STEARNS
                                                    CHAPTER 13 TRUSTEE